# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00190-CR

**Joe Don Coon, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF MCCULLOCH COUNTY
### NO. 9673, HONORABLE RANDY YOUNG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In February 2002, appellant Joe Don Coon pleaded guilty to harassment and was placed on deferred adjudication probation. *See* Tex. Pen. Code Ann. § 42.07 (West Supp. 2004-05). The trial court subsequently adjudicated Coon guilty and sentenced him to 180 days in jail and a $2000 fine, but the court suspended imposition of sentence and returned Coon to probation. This appeal followed.

Coon does not claim to be indigent. He did not request a reporter's record or make the necessary arrangements for filing a brief. *See* Tex. R. App. P. 37.3(c), 38.8(b)(4). We have examined the record before us and find no matter that should be addressed in the interest of justice.

The conviction is affirmed.

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Affirmed

Filed:   August 16, 2005

Do Not Publish